# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MELANIE GOODMAN                                                            PLAINTIFF

v.                             3:17cv00179-JJV

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration,                                     DEFENDANT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ORDERED this 30th day of November, 2017.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE